UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES D. THELUSMA,

                Plaintiff,

  -against-

THE NEW YORK CITY BOARD OF
EDUCATION and EUCLID MEJIA,

                Defendants.
------------------------------------------------------------X

JUDGMENT
02-CV- 4446 (FB)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 15 2006 ★
BROOKLYN OFFICE

      A Memorandum and Order of Honorable Frederic Block, United States District Judge, having been filed on September 13, 2006, granting defendant's motion for summary judgment; and dismissing the complaint; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendant's motion for summary judgment is granted; and that the complaint is dismissed.

Dated:  Brooklyn, New York
         September 13, 2006

                                                              ROBERT C. HEINEMANN
                                                              Clerk of Court